# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Richard Luthmann,
Affiant

The Federal Bureau of Investigation,
Defendant(s)

CASE NUMBER: _____
(To be supplied by Clerk's Office)

## AFFIDAVIT OF INDIGENCY

(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, Richard Luthmann, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed in forma pauperis in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I.  BRIEF STATEMENT OF THE NATURE OF THE ACTION: This is an action under the Freedom of Information Act (FOIA), 5. U.S.C. §§ 552 et seq. brought by Richard Luthmann, for injunctive and other appropriate relief, seeking the release of agency records from the Federal Bureau of Investigation ("FBI").

I. **RESIDENCE:**
Affiant's address: 338 Sugar Pine Lane
(Street)

Naples  FL  34108
(City) (State) (Zip Code)

II. **MARITAL STATUS:**

1. Single ☐  Married ☐  Separated ☐  Divorced ☒

2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

1. Number: _____

2. Relationship to dependent(s): _____

3. How much money do you contribute to your dependent's support on a monthly basis? $_____

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: _____

    a. Address of employer: _____
    (Street)

    _____
    (City) (State) (Zip Code)

    b. State how long affiant has been (was) employed by present (or last) employer?

    Years: _____  Months: _____

    c. Income:  Monthly $ 0  or Weekly $_____

    d. What is (was) affiant's job title? _____

2. If unemployed, date of last employment: 2017

3. Is spouse employed? _____ If so, name of employer: _____

    a. Income:      Monthly $_____ or Weekly $_____

    b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid?

    If so, amount:      Monthly $ 240 or Weekly $_____

I. **FINANCIAL STATUS:**

1. Owner of real property (excluding ordinary household furnishings and clothing):

    a. Description: _____

    b. Full address: _____

                    (Street)

    (City)          (State)          (Zip Code)

    c. In whose name? _____

    d. Estimated value: $ _____

    e. Total amount owed: $ _____

        Owed to: _____ for $ _____

        _____ for $ _____

    f. Annual income from property: $ _____

2. Other assets/property:

    a. Automobile: Make _____ Model _____

    In whose name registered? _____

    Present value of car: $ _____

    Amount owed: $ _____

    Owed to: _____

    b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ _____

c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession, or other forms of self employment: $ ———

Rent payments, interest, or dividends: $ ———

Pensions, annuities, or life insurance payments: $ ———

Gifts or inheritances: $ ———

Stocks, bonds, or notes: $ ———

Other sources: $ ———

3. Obligations:

a. Monthly rental on house or apartment: $ ———

b. Monthly mortgage payments on house: $ ———

4. Other information pertinent to affiant's financial debts and obligations:

United States (Creditor)   @ $700,000 (Total Debt)   ——— (Monthly Payment)

Internal Revenue Service (Creditor)   @ $200,000 (Total Debt)   ——— (Monthly Payment)

State of New York (Creditor)   @ $100,000 (Total Debt)   ——— (Monthly Payment)

Other (explain): Student Loans @ $100,000

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: ———

2. Estimated release or parole date: ———

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## III. ALL AFFIANTS MUST READ AND SIGN:

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis f prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all uestions contained herein have been answered and are true and correct to the best of my knowledge and elief.

_____
Signature of Affiant

TATE OF FLORIDA
OUNTY OF __COLLIER__

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __15th__
DAY OF __September__, 20__21__, BY __RICHARD LUTHMANN__
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED __FLORIDA DRIVER'S LICENSE L355-741-79-408-1__, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

9-15-21 _____
NOTARY PUBLIC

[Notary seal: MIRIAN ESCALANTE, COMMISSION # HH41863, MY COMMISSION EXPIRES September 13, 2024]

MY COMMISSION EXPIRES: