UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**RICHARD LUTHMANN,**

    Plaintiff,

v.                                           Case No. 2:21-cv-716-JES-NPM

**THE FEDERAL BUREAU OF INVESTIGATION AND
UNITED STATES DEPARTMENT OF JUSTICE,**

    Defendants.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Richard Luthman |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Kevin Huguelet |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | November 8, 2022 11:00 AM | **Total Time** | 9 minutes |

**Status Conference**

Upon the Court's inquiry of Plaintiff and Counsel for The Department of Justice, it was confirmed the answer filed by Defendant, The Federal Bureau of Investigation (Doc. 37) is being adopted by the Defendant, United States Department of Justice, therefore, the U.S. Marshal Service does not need to serve the Department of Justice with the Amended Complaint (Doc. 34).