UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LUTHMANN,

    Plaintiff,

v.                                                    Case No. 2:21-cv-716-JES-NPM

FEDERAL BUREAU OF
INVESTIGATION and UNITED
STATES DEPARTMENT OF
JUSTICE,

    Defendants.
_____/

## Defendant's Motion for Status Conference

Defendants request a status conference before Judge Mizell. Specifically, Defendants would like to address the issue of unpaid FOIA fees. What's more, Defendants would like to discuss their intent to stop production until back fees are paid.

Fees first became at issue in May 2022. (Doc. 29). Defendants argued Plaintiff's request for a fee waiver was improper, so they opposed it. (Doc. 32). The Court resolved the parties' dispute on fees. (Doc. 33). In doing so, the Court rejected Plaintiff's request for a fee waiver and explained Plaintiff needed to pay the reasonable cost of production. (Doc. 33 at 3 ("Luthmann's request that the rolling production be made at no cost to him is denied.")).

Since that time, Defendants undertook the rolling review and production planned by the Case Management and Scheduling Order ("CMSO"). (Doc. 27). To date, Defendants made eight monthly releases. (Exhibits 1-8). But Defendants have not received payment for any production so far. Defendants' usual policy is to stop FOIA production when a requester has an unpaid fee balance of $100. Because Plaintiff's outstanding fees reached $100, Defendants intend to stop production until Plaintiff pays the owed amount.

Defendants will withhold the scheduled March production, which was set to be released on March 15. As the withheld production interferes with the CMSO, Defendants request a status conference to discuss the issues further.

**Local Rule 3.01(g) Certification**

The parties conferred by email on March 14, 2023. According to Plaintiff, he has no objection to a status conference if the Court hears a motion he purports to have filed today.

Date: March 14, 2023                                  Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


*/s/ Chad C. Spraker*              */s/ Kevin R. Huguelet*
Chad Spraker C. Spraker            Kevin R. Huguelet
Assistant United States Attorney   Assistant United States Attorney
Chad.Spraker@usdoj.gov             Kevin.Huguelet@usdoj.gov
USA Number 198                     Florida Bar Number 125690
2110 First Street, Suite 3-137     2110 First Street, Suite 3-137
Fort Myers, Florida 33901          Fort Myers, Florida 33901
Phone: (239) 461-2200              Phone: (239) 461-2237
Fax: (239) 461-2219                Fax: (239) 461-2219

## Certificate of Service

I certify that a copy of this paper was sent by U.S. Mail on March 14, 2023, to the address below. And a courtesy copy was emailed to Plaintiff the same day.

Plaintiff Richard Luthmann (pro se)
338 Sugar Pine Lane
Naples, FL 34108
Richard.luthmann@gmail.com

## Local Rule 1.08 Certification

After review, this paper conforms with the Court's typography requirements.