FILED

2023 MAR 15 AM 8:52

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LUTHMANN,

    Plaintiff,

v.

THE FEDERAL BUREAU OF INVESTIGATION, and THE UNITED STATES DEPARTMENT OF JUSTICE,

    Defendants.

Case No. 2:21-CV-716-JES-NPM

## CERTIFICATION OF PAYMENT

RICHARD LUTHMANN declares under the penalties of perjury contained in Title 18 of the United States Code and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the *Pro Se* Plaintiff in the above-captioned matter.

2. On March 15, 2023, I paid $100.00 in the above-referenced case pursuant to the Court's previous Decision and Order. My proofs are attached.

3. I believe the Defendant Federal Bureau of Investigation is intentionally engaging in dilatory tactics and a strategy of obfuscation, and reserve the right to seek discovery on the same.

Dated: Naples, Florida
       March 15, 2023

Respectfully submitted,

*/s/ Richard Luthmann*
RICHARD LUTHMANN

1

From: notification@pay.gov <notification@pay.gov>
Sent: Wednesday, March 15, 2023 6:37:49 AM
To: luthmannrichard@gmail.com <luthmannrichard@gmail.com>
Subject: Pay.gov Payment Confirmation: FBI Debt Collection Management and Services

An official email of the United States government

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Accounts Receivable at 202-324-6685 or acctsrcvbl@fbi.gov.

Application Name: FBI Debt Collection Management and Services
Pay.gov Tracking ID: 274EQEIU
Agency Tracking ID: 76385496307
Transaction Type: Sale
Transaction Date: 03/15/2023 06:37:48 AM EDT
Account Holder Name: Richard Luthmann
Transaction Amount: $100.00
Card Type: MasterCard
Card Number: ************0920

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **RICHARD LUTHMANN,**<br><br>   Plaintiff,<br><br>v.<br><br>**THE FEDERAL BUREAU OF INVESTIGATION, and THE UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>   Defendants. | Case No. 2:21-CV-716-JES-NPM |

## CERTIFICATION OF SERVICE

The undersigned RICHARD LUTHMANN declares under the penalties of perjury contained in Title 18 of the United States Code and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1) On March 15, 2023, I served a true copy of the following papers Certification of Payment with proofs; in the following manner: By personal delivery as indicated below.

2) The name(s) and address(es) of person(s) served are indicated below:

 Name(s) and address(es) of Person(s) served:

United States Attorney for the
Middle District of Florida
United States Courthouse and Federal Building
2110 First Street
Suite 3-137
Fort Myers, FL 33901
Attn: AUSA Chad C. Spraker and Kevin Hugulet

1

Dated: Naples, Florida
      March 15, 2022

                                                 RICHARD LUTHMANN