FILED

2023 MAR 14  PM 3:26

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LUTHMANN,

    Plaintiff,

v.

THE FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Case No. 2:21-CV-716-JES-NPM

### DECLARATION IN SUPPORT OF MOTION TO AMEND AND WAIVER OF ADMINISTRATIVE PROCESSING FEES

RICHARD LUTHMANN declares under the penalties of perjury contained in Title 18 of the United States Code and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the *Pro Se* Plaintiff in the above-captioned matter. As I am not an attorney licensed to practice law, I ask the Court to give liberal construction to these pleadings of a *Pro Se* litigant. *Albra v. Advan, Inc.*, 490 F.3d 826 (11th Cir. 2007). I received the help of others in formulating these documents.

2. The instant matter is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, *et seq.*, for injunctive and other appropriate relief, seeking the release of agency records from the Federal Bureau of Investigation ("FBI") and the United States Department of Justice ("DOJ") (together the FBI and the DOJ shall be referred to as the "Defendants").

3. I am indigent.

4. I am unfamiliar with the local rules. I filed documents on March 2, 2023, I filed a letter motion to the Court asking for relief. The motion was "bounced" because of its form, even though the Government was served with a copy and a Certification of Service was attached. It is

attached as **EXHIBIT "A."** All parties and the Court had notice. I would like an opportunity to be heard.

5.  I ask the Court to declare the papers filed with the Court on March 2, 2023, and returned pursuant to Local Rule 3.01(j), and which are attached herewith shall be deemed cured and properly filed, *nunc pro tunc*, pursuant to the Federal Rules of Civil Procedure and the Local Rules. If the Court does not see fit to grant this request, I request the facts and law that underly the decision.

6.  The bounced March 2, 2023, filing stated in its entirety:

> RE: Luthmann v. FBI and DOJ, 2:21-cv-00716-JES-NPM
> Letter Motion
> Request for Extension of Time to Pay and for Defendants to Continue Document Production in the Interim
>
> Your Honor:
>
> I am the Plainitff in the above-referenced matter.
>
> I request the Court grant me an extension of time to pay the Defendants for their document production. I am indigent. I am on government assistance, trying to get work, and running into obstacles, as the Court knows from the attached and from other filings in USA v. Luthmann, 2:22-cr-00021-SPC-NPM-1.
>
> Yesterday, AUSAs Spraker and Huguelet called me and told me that their clients, the FBI and DOJ, were going to stop the production of documents if I did not pay immediately. I intend to pay. I just don't have it right now.
>
> I find it curious that the FBI and DOJ are attempting to withhold the production of documents I have previously alleged to be exonerating now that I have filed a Reservation of Rights in the US District Court for the Eastern District of New York. A copy of that document is attached to the filed pending motion papers in USA v. Luthmann. The Reservation of Rights puts the FBI and the DOJ

on notice that I may file once legal proceedings in USA v. Raniere, 1:18-cr-00204-NGG-VMS (EDNY).

In the Raniere case, allegations of serious FBI and Prosecutorial misconduct have been certified as meritorious by numerous experts, including the famed Alan Dershowitz. See the attached. Raniere and I shared a common lead prosecutrix, Moira Kim Penza. Additionally, submitted evidence of FBI irregularities and misconduct with my filing in the EDNY.

I sincerely hope that the threatened withholding of FBI document production is not retaliatory. But the Court must understand how it could appear that way.

Again, I request the Court grant me an extension of time to pay the Defendants for their document production.

If the Court has any questions or concerns, please do not hesitate to contact me. Thank you for your consideration.

Regards,

/S/ Richard A. Luthmann

Richard A. Luthmann

CC: File
US Attorney for the MDFL (By Hand – Ft. Myers Office)
USPO MDFL (By Hand – Ft. Myers Office)
Frank Parlato
Lawrence P. Almagno, Jr., Esq.
Arthur Aidala, Esq.

7. Again, I ask the Court to grant me an extension of time to pay the Defendants for their document production.

8. I also ask the Court to order the Defendants not to delay the production of documents. I am concerned that withholding production at this time is for a nefarious purpose because the FBI is avoiding disclosing something damaging to them. AUSAs Hugulet and Spraker emailed earlier. Their email and my response raise these issues and are attached as **EXHIBIT "B."**

**WHEREFORE**, I ask this Honorable Court for an Order:

a) Declaring the papers filed with the Court on March 2, 2023, labeled as ECF Document 10, returned pursuant to Local Rule 3.01(j), and which are attached as an exhibit to the Declaration of Richard Luthmann shall be deemed cured and properly filed, *nunc pro tunc*, pursuant to the Federal Rules of Civil Procedure and the Local Rules; and

b) Granting an extension of time to pay the Defendants for their document production;

c) Ordering the Defendants to continue production of documents; and

d) such other and further relief as this Court shall deem just.

Dated: Naples, Florida
March 14, 2023

Respectfully submitted,

RICHARD LUTHMANN