UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LUTHMANN,

    Plaintiff,

v.                                           Case No. 2:21-cv-716-JES-NPM

THE FEDERAL BUREAU OF
INVESTIGATION, et al.

    Defendants.
_____/

## Motion For Disclosure, Further Assurances, and a New Briefing Schedule

Richard Luthmann, plaintiff pro se, respectfully moves this Court for an Order:

1. Extending the existing briefing schedule for good cause shown;

2. Seeking further assurance from the defendants, the FBI and the DOJ, as to the previously disclosed and stated universe of documents;

3. Setting a new briefing schedule to be put in place, taking into account whether there are additional documents that need review and redaction; and

4. Granting such other and further relief as the Court shall deem just.

## Basis of Motion

The basis of the motion was described in an email to the MDFL US Attorney's Office sent on August 3, 2023. I attempted to meet and confer with the AUSAs per local rules to avoid motion practice. I have heard nothing, and time is of the essence. The email is attached herewith.

The email states in pertinent part:

> To: "Huguelet, Kevin (USAFLM)" <kevin.huguelet@usdoj.gov>,
> "Spraker, Chad (USAFLM)" <Chad.Spraker@usdoj.gov>

1

Cc: Simon.Eth@usdoj.gov
Bcc: Richard Luthmann <richard.luthmann@protonmail.com>

Mr. Huguelet and Mr. Spraker,

I have copied Mr. Eth from your office, who is the Government's representative in USA v. Luthmann, 2:22-cr-00021-SPC-NPM. Judge Mizell is also the magistrate in that case.

The Clerk of Court has just made public the documents I filed in that case. Relevant to the instant case are revelations that Kevin Barry Love and others have been in contact with the FBI and the DOJ. See ECF #22.

The basis for the lawsuit is the release of the information in the entire FBI file. I believe the FBI and DOJ have an ongoing obligation to supplement the universe of disclosure with new materials. If the universe of documents has expanded (which it evidently has), I believe the FBI has an obligation to disclose that expanded universe and conduct its document review accordingly prior to disclosure patterns.

The above being said, I cannot file my Motion for Summary Judgment in this case until I am assured I have the entire universe of FBI materials, which the Court filing in USA v. Luthmann and the audio of Kevin Barry Love with my former collections attorneys shows I likely do not. You can call attorneys Lawrence Almagno and Jesse Duarte at (401) 946-4LAW to corroborate the Kevin Barry Love menacing phone call.

I attach the audio from the Kevin Barry Love interstate menacing phone call dated April 4, 2023. I also attach the complaint that was sent to the FBI Offices in New York and Providence.

I also attach a document from US Probation specifically mentioning Kevin Barry Love because he had been in contact with Federal Agents, making false statements in violation of 18 USC 1001, and causing the US Probation Office to violate my constitutional rights based on his lies and apparently intervening, superseding, tortious, and outlandish conduct. Kevin Barry Love says he contacted the FBI, and his name couldn't have gotten onto that document unless he was talking to the Federal Authorities. I feel bad for the officers that were contacted because they were clearly lied to. Kevin Barry Love will do anything and say anything to avoid paying valid debts, including lying to Federal Agents. You know how the law works, but I feel it would

> be unjust to bring these honest and hardworking USPO officers in on a section 1983 action if they were brazenly lied to in violation of 18 USC sec. 1001 if there are intervening and superseding bad actors.
>
> All of these documents are part of the filing in the case Mr. Eth is handling. The US Probation Document has also been filed in a Letter of official complaint to the Administrative Office of the U.S Courts in Washington, DC.
>
> Before filing a motion with the Court, I was wondering if we could agree to any of the relief I will request:
>
> - I want to extend the existing briefing schedule for good cause shown.
> - I want the USAO to go back to the FBI and the DOJ and see if the universe of documents has expanded.
> - Once we have an answer, I want a new briefing schedule to be put in place, taking into account whether there are additional documents that need review and redaction.
>
> I hope you can appreciate that I cannot adequately move the Court for Summary Judgment if there are questions about the disclosure and the size of the universe of documents.
>
> I am available for a call at any time.

As stated above, I hope Your Honor can appreciate that I cannot adequately move the Court for Summary Judgment if there are questions about the disclosure and the size of the universe of documents in the possession of the FBI and DOJ.

I have attached the memorandum sent to the FBI Offices in New York and Providence concerning Kevin Barry Love. I have also attempted to attach the audio of the menacing phone call from April 4, 2023, which has already been disclosed to the Government.

I also suggest that Mr. Eth be kept in the loop because I will ask the Court for specific disclosure from the FBI and DOJ in the requested hearing in USA v. Luthmann, 2:22-cr-00021-SPC-NPM. Your Honor is the Magistrate Judge on that case, so these issues may land on your desk.

Accordingly, the first question that must be resolved is whether the entire universe of applicable documents has changed. If it has, the FBI may have to undergo another round or two of document review. If it has not, I would be remiss if I did not get the Government's further assurances, particularly given the issues in the USA v. Luthmann case.

I thank Your Honor for his time and consideration.

DATED this 4th day of August, 2023,   Respectfully submitted,

_____
Richard Luthmann
Pro Se Plaintiff
338 Sugar Pine Lane
Naples, FL 34108


I HEREBY CERTIFY that a copy of the foregoing document was furnished by via email and electronic document submission web portal on August 4, 2023, to the following:

ROGER B. HANDBERG
United States Attorney
2110 First Street, Suite 3-137
Ft. Myers, Florida  33901
Telephone No. (239) 461-2200
Facsimile No. (239) 461-2219
Email: Chad.Spraker@usdoj.gov
          Kevin.Huguelet@usdoj.gov