UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**RICHARD LUTHMANN,**

    Plaintiff,

v.                                                2:21-cv-716-JES-NPM

**THE FEDERAL BUREAU OF INVESTIGATION** and
**UNITED STATES DEPARTMENT OF JUSTICE,**

    Defendants.

## THIRD AMENDED FOIA CASE MANAGEMENT AND SCHEDULING ORDER

The court revises the scheduled deadlines and events as set forth below:

| DEADLINE | DATE |
| --- | --- |
| *Vaughn* Index and Dispositive Motions | 11/3/2023 |
| Final Pretrial Meeting | 5/3/2024 |
| Motions in Limine | 5/13/2024 |
| Joint Final Pretrial Statement and Trial Briefs | 5/17/2024 |
| Final Pretrial Conference | 5/31/2024 |
| Monthly Trial Term | 6/3/2024 |

All other provisions of the court's prior scheduling orders remain in effect.

    **ORDERED** on August 18, 2023.

*/s/ Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE