UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LUTHMANN,
     Plaintiff,

v.

2:21-cv-716-JES-NPM

THE FEDERAL BUREAU OF INVESTIGATION and
UNITED STATES DEPARTMENT OF JUSTICE,
     Defendants.

_____

FOURTH AMENDED
CASE MANAGEMENT AND SCHEDULING ORDER

Having granted a motion to amend the scheduling order, the court revises

the scheduled deadlines and events as set forth below:

| DEADLINE | DATE |
|---|---|
| *Vaughn* Index and *Daubert* Motions | 2/1/2024 |
| Final Pretrial Meeting | 6/28/2024 |
| Motions in Limine | 7/8/2024 |
| Joint Final Pretrial Statement and Trial Briefs | 7/12/2024 |
| Final Pretrial Conference | 7/26/2024 |
| Monthly Trial Term | 8/5/2024 |

All other provisions of the court's prior scheduling orders remain in effect.

ORDERED on October 31, 2023.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE