UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LUTHMANN,

    Plaintiff,

v.                                    Case No. 2:21-cv-716-JES-NPM

FEDERAL BUREAU OF
INVESTIGATION and UNITED
STATES DEPARTMENT OF
JUSTICE,

    Defendants.
_____/

## Unopposed Motion for Additional Pages

Defendants seek additional pages for their summary judgment brief. *See* M.D. Fla. Local R. 3.01(a); (Doc. 27 at 5). Specifically, Defendants request fifteen extra pages to address the many records and FOIA Exemptions applicable to this case. Plaintiff does not oppose that request. Since Plaintiff will likely need additional pages to respond, Defendants do not oppose expanded response by twenty pages. In sum, the parties agree to a motion and response not to exceed forty pages each.

This is a voluminous FOIA case. In all, Defendants redacted or withheld over 4,000 pages based on a variety of FOIA Exemptions. The *Vaughn* index alone is over sixty pages. To justify the claimed Exemptions, Defendants will offer about 100 pages of declarations from five different individuals. Defendants have worked to pare down the briefing. But they are unable to fit all the issues into the standard page limit. What's

more, this is a FOIA case—where summary judgment almost always resolves the matter in favor of one side or the other. So full briefing is especially important.

For those reasons, the Court should grant this Motion to allow a summary judgment brief—not to exceed forty (40) pages—and a response brief—not to exceed forty (40) pages.

## Local Rule 3.01(g) Certification

Defendants conferred with Plaintiff. Plaintiff does not oppose the relief sought. Likewise, Defendants do not oppose Plaintiff receiving additional pages for briefing.

Date: January 31, 2024

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

_____
Kevin R. Huguelet
Assistant United States Attorney
Kevin.Huguelet@usdoj.gov
Florida Bar Number 125690
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Phone: (239) 461-2237

## Certificate of Service

I certify that a copy of this paper was sent by email U.S. Mail on January 31, 2024, to the following:

Plaintiff Richard Luthmann (pro se)
338 Sugar Pine Lane
Naples, FL 34108
luthmannrichard@gmail.com