```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

RICHARD LUTHMANN,

      Plaintiff,

v.                                  Case No: 2:21-cv-716-JES-NPM

THE FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,

      Defendants.

## ORDER

This matter comes before the Court on review of Defendants' Motion for Summary Judgment (Doc. #64) filed on February 1, 2024. Plaintiff has not filed a response pursuant to M.D. Fla. R. 3.01(c), and the deadline to respond has expired. As noted in the Case Management and Scheduling Order: "Under Local Rule 3.01(c), if a party fails to timely respond to a motion, the motion is subject to treatment as unopposed." (Doc. #27, p. 5.) The Order goes on to state that "[i]n deciding a motion for summary judgment, **any fact that the opposing counsel or party does not specifically controvert and not otherwise included in the Response to Statement of Disputed Material Facts may also be deemed undisputed if supported by record evidence**." (Id. at p. 6) (emphasis in original).

Accordingly, it is hereby

**ORDERED:**

Plaintiff shall file a response to the Motion for Summary Judgment (Doc. #64) within **Fourteen (14) days** of this Order. If no response is filed, the Court will treat the motion as unopposed and rule without further notice.

**DONE and ORDERED** at Fort Myers, Florida, this __7th__ day of March 2024.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record